**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CONTRAVIOUS TRAVON VINSON #606714 | CIVIL ACTION NO. 26-0082-P |
| VERSUS | JUDGE DONALD E. WALTER |
| ALLAN CUPP | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons contained in the Report and Recommendation and Supplemental Report and Recommendation of the Magistrate Judge previously filed herein (Docs. 7, 14), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 5) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25th day of September, 2026.

Donald E. Walter

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE